AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Buster R. Morgan )
*Plaintiff* )
v. ) Civil Action No. 3:17-CV-227
Commissioner of Social Security )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Plaintiff and against Defendant; Reversing the Commissioner's non-disability finding; Remanding the case tot he Commissioner under the fourth Sentence of 42 U.S.C § 405 (g) for further proceedings .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for _____ .

Date: 4/24/18

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk